| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Alarcon, Arthur L. | 2. Court or Organization<br><br>U.S. Court of Appeals | 3. Date of Report<br><br>05/07/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>312 No. Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

**Alarcon, Arthur L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Retirement Benefits, State of California | $2,479.00 |
| 2. 2010 | Retirement Benefits, Los Angeles County | $11,908.00 |
| 3. 2010 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2010 | West Services Inc. | $4,702.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Retirement Plan of Citibank |
| 2. 2010 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. U.S. Treasury Bills | A | Interest | K | T | Redeemed (part) | 06/03/10 | K | | |
| 3. | | | | | Buy (add'l) | 06/30/10 | K | | |
| 4. | | | | | Buy (add'l) | 07/31/10 | K | | |
| 5. | | | | | Redeemed (part) | 08/31/10 | K | | |
| 6. United Airline Stock | | None | J | T | | | | | |
| 7. Citibank Accounts | A | Interest | L | T | | | | | |
| 8. Brokerage Account #1: | | | | | | | | | |
| 9. - TD Ameritrade MMDA Sweep Account | A | Interest | L | T | | | | | |
| 10. - Citigroup Stock | | None | J | T | | | | | |
| 11. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 12. - Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 13. - Microsoft Stock | A | Dividend | J | T | | | | | |
| 14. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 15. - Nokia Stock | A | Dividend | J | T | | | | | |
| 16. - IBM Stock | A | Dividend | J | T | | | | | |
| 17. - Sara Lee Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 19. - Paterson-UTI Energy Inc Stock | A | Dividend | J | T | | | | | |
| 20. Brokerage Account #2: | | | | | | | | | |
| 21. - TD Ameritrade MMDA Sweep Account | A | Interest | L | T | | | | | |
| 22. - Honeywell Stock | A | Dividend | K | T | | | | | |
| 23. - Cisco Stock | | None | J | T | | | | | |
| 24. - Pfizer Stock | A | Dividend | J | T | Buy (add'l) | 08/31/10 | J | | |
| 25. - Merck Stock | A | Dividend | J | T | Buy (add'l) | 03/23/10 | J | | |
| 26. - EXXON Mobile Corp Stock | A | Dividend | J | T | Buy (add'l) | 03/23/10 | J | | |
| 27. - 3M Company Stock | | None | | | Sold | 08/31/10 | J | A | |
| 28. - Intel Stock | A | Dividend | J | T | | | | | |
| 29. - Clorox Company Stock | A | Dividend | J | T | | | | | |
| 30. - Newell Rubbermaid Inc Stock | | None | | | Sold | 08/31/10 | J | | |
| 31. - Citigroup Inc Stock | | None | J | T | | | | | |
| 32. - GE Stock | A | Dividend | J | T | | | | | |
| 33. - Vanguard International Growth Mutual Fund | A | Dividend | K | T | Buy | 09/02/10 | K | | |
| 34. - Neuberger Berman Guardian Mutual Fund | A | Dividend | K | T | Buy | 09/02/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brokerage Account #3: | | | | | | | | | |
| 36. - Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 37. - Calif State Bond (acquired 12/15/08) | C | Interest | | | Redeemed | 05/01/10 | M | | |
| 38. - Southwest Bank CD | C | Interest | | | Redeemed | 08/16/10 | L | | |
| 39. - Midfirst Bank CD | A | Interest | | | Redeemed | 05/27/10 | L | | |
| 40. - Carolina First Bank CD | A | Interest | | | Redeemed | 05/28/10 | L | | |
| 41. - GE Money Bank CD | A | Interest | | | Redeemed | 01/11/10 | M | | |
| 42. - Ca St Rev Bond (acquired 12/01/09) | B | Interest | | | Redeemed | 06/23/10 | L | | |
| 43. - GE Money Bank CD | A | Interest | | | Buy | 01/22/10 | M | | |
| 44. | | | | | Redeemed | 07/22/10 | M | | |
| 45. - Ford Motor Credit Co SR Notes (VA8 acq 08/13/10) | | None | L | T | Buy | 08/13/10 | L | | |
| 46. - Ca St Dpt Wtr Res Wtr Rev Bond (NX7 acq 06/03/10) | A | Interest | K | T | Buy | 06/03/10 | K | | |
| 47. - Ca St G/O Bond (NL2 acq 05/06/10) | A | Interest | K | T | Buy | 05/06/10 | K | | |
| 48. - Ca St Var Purp G/O Unltd Bond (3C0 acq 06/03/10) | A | Interest | K | T | Buy | 06/03/10 | K | | |
| 49. - Ca St Var Purp G/O Unltd Bond (H92 acq 05/04/10 | A | Interest | K | T | Buy | 05/04/10 | K | | |
| 50. - Ca St Var Purp G/O Unltd Bond (KT4 acq 05/03/10) | B | Interest | K | T | Buy | 05/03/10 | K | | |
| 51. - Ca St Econ Recov Ser A Bond (AX9 acq 06/04/10) | A | Interest | K | T | Buy | 06/04/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ca St Ref G/O Unltd Bond (F41 acq 06/07/10) | A | Interest | J | T | Buy | 06/07/10 | J | | |
| 53. - Ca St Var Purp Fsa Cr G/O Cus Bond (A32 acq 06/22/10) | A | Interest | K | T | Buy | 06/22/10 | K | | |
| 54. - Ca Stwide Cmnty Dev Prop 1A Bond (R58 acq 08/16/10) | H2 | Interest | K | T | Buy | 08/16/10 | K | | |
| 55. - Ca St Var Purp G/O Txbl Bond (5F7 acq 06/03/10 | B | Interest | K | T | Buy | 06/03/10 | K | | |
| 56. - State Bank India CD (WT7 acq 09/24/10) | | None | M | T | Buy | 09/24/10 | M | | |
| 57. - Plainscapital Bank CD (VE6 acq 06/24/10) | A | Interest | L | T | Buy | 06/24/10 | L | | |
| 58. Brokerage Account #4: | | | | | | | | | |
| 59. - Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 60. - Bank Baroda CD | A | Interest | | | Redeemed | 01/19/10 | M | | |
| 61. - Greystone Bank CD | C | Interest | | | Redeemed | 11/22/10 | L | | |
| 62. - Ca St Econ Recov Ser B Bond (JV4 acq 5/21/09) | C | Interest | L | T | | | | | |
| 63. - Ca St Pub Wks Brd Bond (SB0 acq 3/24/09) | C | Interest | L | T | | | | | |
| 64. - Ca St Univ Rev Ref Bond (FV1 acq 03/24/09) | B | Interest | K | T | | | | | |
| 65. - Ca St Econ Recov Ser A Bond (LU3,LQ2 acq 4/23/09) | B | Interest | K | T | | | | | |
| 66. - GE Money Bank CD | A | Interest | | | Buy | 01/19/10 | M | | |
| 67. | | | | | Redeemed | 07/22/10 | M | | |
| 68. - Ca Infra & Econ Dev Bk Rev Ser E Bond (34Z acq 08/13/10) | B | Interest | L | T | Buy | 08/13/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Ca St Cmnty Dev Auth Rev Prop 1A Bond (R58 acq 08/16/10) | A | Interest | K | T | Buy | 08/16/10 | K | | |
| 70. - Ca St G/O Unltd Bond (Z49 acq 11/09/10) | | None | L | T | Buy | 11/09/10 | L | | |
| 71. - Ca St Econ Recov Ser A Bond (BC4 acq 12/10/10) | | None | K | T | Buy | 12/10/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 8, Column C(Gross Value): deposits bumped the value up to the next value code.

2) Part VII: remaining differences between 2009 and 2010 for entries in Column B (Income) and C (Gross Value) are due to market fluctuation in stock prices and interest/dividends.

3) Part VII, the "Audit" flagged lines 8, 20, 35, and 58 with "...if the entry in column A is not a header then...." The entries in lines 8, 20, 35, and 58 are headers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur L. Alarcon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544